UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BERNARD THOMAS,

          Plaintiff,

-against-                                    08 Civ. 1495 (CM)

New York State Department
of Correctional Services, et al.,

          Defendants.

------------------------------------------------------------X

                                      MEMORANDUM ORDER

McMahon, J.:

       Before the Court is a motion by *pro se* plaintiff to have this matter referred to the court's Employment Discrimination Mediation Program. Since this case is a prisoner civil rights action, the mediation program is not available to plaintiff.

       Accordingly, plaintiff's motion to have this matter referred to the mediation program is denied.

       This constitutes the decision and order of the Court.

Dated: April 9, 2008

                                                                         U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08

Copies mailed/faxed/handed to counsel on 4/9/08

BY FIRST CLASS MAIL:

Bernard Thomas
99A2204
Fishkill Correctional Facility
Box 1245
Beacon, NY 12508

BY FAX:

Susan Odessky
Assistant Attorney General
State of New York
Office of Attorney General
FAX: (212) 416-6075