UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
Bernard Thomas,

                    08 Civ. 1495 (CM)(JCF)

         Plaintiff(s),

                    ORDER OF REFERENCE
    -against-               TO A MAGISTRATE JUDGE

Michelle P. Stone, New York State Department
of Correctional Services Fishkill Correctional Facility
Inmate Grievance Program Supervisor, et al,

         Defendant(s).
---------------------------------------X

The above entitled action is referred to the Honorable James C. Francis, United States Magistrate Judge for the following purpose(s):

\_\_\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

✓ Specific Non-Dispositive Motion/Dispute:*

Discovery supervision

\_\_\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_\_\_\_ Habeas Corpus

\_\_\_\_\_ Social Security

✓ Settlement*

\_\_\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation

\_\_\_\_\_ Inquest After Default/Damages Hearing

Particular Motion:_____

All such motions:_____

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/08

* Do not check if already assigned for general pretrial.

Dated: 5/16/2008
      New York, New York

SO ORDERED:

_/s/ Colleen McMahon_
Hon. Colleen McMahon