UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

BERNARD THOMAS,

        Plaintiff

    -against-

MICHELLE P. STONE, Et. Al,

        Defendants.
------------------------------------------------------------x

08 Civ. 1495 (CM)(JCF)

**ORDER GRANTING LEAVE FOR THE TAKING OF THE DEPOSITION OF THE INCARCERATED PLAINTIFF**

Upon the annexed affirmation of John E. Knudsen, executed on July 11, 2008, and the notice of deposition attached thereto, it is hereby:

**ORDERED**, that, pursuant to Federal Rule of Civil Procedure 30(a), and upon the notice given by defendants to plaintiff, defendants may take the deposition of plaintiff/inmate Bernard Thomas at the prison where he is confined.

Dated: New York, New York
      July 1⁴, 2008

                                        HON. JAMES C. FRANCIS
                                        United States Magistrate Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08